**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Terrance McINTYRE, a.k.a Maxie**
**Kates, Defendant–Appellant.**

**No. 06–13554**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 11, 2007.

Terrance McIntyre, Marianna, FL, pro se.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

---

Before BIRCH, BLACK and HILL, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Terrance McIntyre, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and McIntyre's conviction and sentence are **AFFIRMED.**